UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL JOSEFOWITZ,

    Plaintiff,

v.                                                       Case No. 8:07-cv-1650-T-30MAP

USA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation to Voluntary Dismissal (Dkt. #18). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 12, 2009.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1650.dismissal 18.wpd